# EXHIBIT C

Transportation Security Administration

A - Z Index | Blog | What Can I Bring?



Home » Travel » Security Screening » Identification

Show Sub-Menu

# Identification

Adult passengers 18 and over must show valid identification at the airport checkpoint in order to travel.

- Driver's licenses or other state photo identity cards issued by Department of Motor Vehicles (or equivalent)
- U.S. passport
- U.S. passport card
- DHS trusted traveler cards (Global Entry, NEXUS, SENTRI, FAST)
- U.S. Department of Defense ID, including IDs issued to dependents
- Permanent resident card
- Border crossing card
- DHS-designated enhanced driver's license
- Federally recognized, tribal-issued photo ID
- HSPD-12 PIV card
- Foreign government-issued passport
- Canadian provincial driver's license or Indian and Northern Affairs Canada card
- Transportation worker identification credential
- U.S. Citizenship and Immigration Services Employment Authorization Card (I-766)
- U.S. Merchant Mariner Credential

ID requirements at the checkpoint will change beginning Jan. 22, 2018. Learn about REAL ID, read the FAQ or factsheet.

> A weapon permit is not an acceptable form of identification. A temporary driver's license is not an acceptable form of identification.

## Children

TSA does not require children under 18 to provide identification when traveling with a companion within the United States. Contact the airline for questions regarding specific ID requirements for travelers under 18.

## Forgot Your ID?

In the event you arrive at the airport without valid identification, because it is lost or at home, you may still be allowed to fly. The TSA officer may ask you to complete an identity verification process which includes collecting information such as your name, current address, and other personal information to confirm your identity. If your identity is confirmed, you will be allowed to enter the screening checkpoint. You may be subject to additional screening, to include a patdown and screening of carry-on property.

You will not be allowed to enter the security checkpoint if your identity cannot be confirmed, you chose to not provide proper identification or you decline to cooperate with the identity verification process.

TSA recommends that you arrive at least two hours in advance of your flight time.

> If your identity cannot be verified, you will not be allowed to enter the screening checkpoint.