# EXHIBIT D

**TSA Cares**

1-855-787-2227 (Federal Relay 711)
Weekdays: 8 a.m. to 11 p.m. ET
TSA-ContactCenter@tsa.dhs.gov
Weekends/Holidays: 9 a.m. to 8 p.m. ET

Hablamos Español
Automated information offered in 12 languages

Call 72 hours prior to traveling to request the assistance of a Passenger Support Specialist (PSS) at the checkpoint. If a PSS is not available, you may ask for a Supervisory TSA Officer at the checkpoint.

**TSA Notification Card: Individuals with Disabilities and Medical Conditions**

I have the following health condition, disability or medical device that may affect my screening:

I understand that alternate procedures providing an equivalent level of security screening are available and can be done in private. I also understand that presenting this card does not exempt me from screening.

Pg. 20