NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8827
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARVETTE SARRE WRIGHT,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. 2:17-CV-04297-VAP (JEMx)<br><br>**STIPULATION FOR COMPROMISE SETTLEMENT AND DISMISSAL** |

    IT IS HEREBY STIPULATED by and between Charvette Sarre Wright ("Plaintiff") and Defendant United States of America, that the above-captioned action may be settled and compromised on the following terms and conditions:

    1.    Plaintiff and the United States of America do hereby agree to settle and compromise each and every claim of any kind, whether known or unknown, arising from the incident or circumstances giving rise to the above-captioned action, under the terms and conditions set forth in this Stipulation for Compromise Settlement and Dismissal.

2.      The United States of America agrees to pay to Plaintiff the sum of Twenty Thousand Dollars ($20,000.00), which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, known and unknown, foreseen and unforeseen, arising from the incident or circumstances giving rise to this suit, which Plaintiff and her heirs, executors, administrators, agents, or assigns, and each and any of them, may have or may hereafter acquire, including against the United States of America, its agents, servants, and employees.

3.      Plaintiff for herself and her heirs, executors, administrators, agents or assigns, and each and any of them, agrees to accept the sum of Twenty Thousand Dollars ($20,000.00) in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, known and unknown, foreseen and unforeseen, arising from the incident or circumstances giving rise to this suit, which Plaintiff and her heirs, executors, administrators, agents, or assigns, and each and any of them, may have or hereafter acquire, including against the United States of America, its agents, servants, and employees, on account of the same subject matter that gave rise to the above-captioned lawsuit, including without limitation, any claim for personal injury, wrongful death, lost earnings, lost income, medical expenses, economic damages, or any other type of injury or damage.

4.      Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, fully and forever release, acquit and discharge any and all claims, demands, rights, and causes of action of whatsoever kind and nature, known and unknown, foreseen and unforeseen, arising from the incident or circumstances giving rise to this suit, which Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, may have or hereafter acquire, including against the United States of America, its agents, servants, and employees, on account of the same subject matter that gave rise to

the above-captioned lawsuit, including without limitation, any claim for personal injury, wrongful death, lost earnings, lost income, medical expenses, economic damages, or any other type of injury or damage.

5. This stipulation constitutes a general release. As additional consideration for this stipulation, Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, specifically waives and releases any and all known and unknown rights, claims, causes of action or demands arising out of the incident or circumstances giving rise to this suit which might otherwise be preserved or accrue under Section 1542 of the California Civil Code. Plaintiff understands that Section 1542 of the California Civil Code provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which, if known by him or her must have materially affected his or her settlement with the debtor.

Therefore, and notwithstanding anything to the contrary herein, Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, explicitly releases any and all claims, including against the United States of America, its agents, servants, and employees, which Plaintiff does not know or suspect to exist in her favor at the time this stipulation is executed and which would have materially affected this settlement if such claim or claims had been known, arising out of the incident or circumstances giving rise to this suit.

6. Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, further agrees to indemnify and hold harmless the United States of America, its agents, servants, and employees, from any and all causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from this or further litigation or the prosecution of claims by Plaintiff for herself and her heirs, executors, administrators, agents, or assigns

against any third party or against the United States of America, its agents, servants, and employees, arising out of the incident or circumstances giving rise to this suit.

7. This stipulation shall not constitute an admission of liability or fault on the part of the United States of America, its agents, servants, and employees, and is entered into by all parties herein for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

8. It is also agreed, by and among the parties, that the sum of Twenty Thousand Dollars ($20,000.00) for Plaintiff represents the entire amount of the compromise settlement, and that the respective parties will each bear their own costs, fees, and expenses, and that any attorney's fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

9. It is also understood, by and among the parties that, pursuant to Title 28, United States Code, Section 2678, attorney's fees for services rendered in connection with this action shall not exceed 25 per centum of the amount of the compromise settlement.

10. Payment of the settlement amount will be made by electronic funds transfer as per the following information, to be provided by Plaintiff:

    A. Payee Account Name,
    B. Payee Account Number,
    C. ABA Routing Number,
    D. Type of Account (Checking or Savings),
    E. Financial Institution Name, City, State,
    F. Social Security Number.

Plaintiff's attorney agrees to distribute the settlement proceeds to Plaintiff in accordance with this stipulation.

11. Plaintiff for herself and her heirs, executors, administrators, agents, or assigns, and each and any of them, agrees that Plaintiff is solely responsible for paying any and all outstanding liens not withdrawn by lien holders, from any and

all insurance companies, health care providers, experts, consultants, attorneys, and any and all other persons or organizations who have or claim to have liens or subrogated assigned claims arising out of or related to the subject matter of this suit.

12. In consideration of the terms set forth in this stipulation, the parties agree that the above-captioned action shall be dismissed in its entirety with prejudice and with each party bearing its own fees, costs, and expenses.

13. The parties agree that this stipulation, including all the terms and conditions of this compromise settlement and any additional agreements relating thereto, may be made public in their entirety, and Plaintiff expressly consents to such release and disclosure pursuant to 5 U.S.C. § 552a(b).

14. This stipulation is subject to all applicable federal laws. Any and all individual taxation consequences as a result of this stipulation are the sole and exclusive responsibility of Plaintiff. The United States of America does not warrant any representation of any tax consequences of this stipulation. Nothing contained herein shall constitute a waiver by Plaintiff of any right to challenge any tax consequences of this stipulation. If any withholding or debt offset is imposed on Plaintiff as a result of payment of the settlement proceeds, Plaintiff shall be solely responsible for paying any such determined liability from any government agency thereof.

15. This written stipulation contains all of the agreements between the parties, and is intended to be and is the final and sole agreement between the parties. The parties agree that any other prior or contemporaneous representations or understandings not explicitly contained in this written stipulation, whether written or oral, are of no further legal or equitable force or effect. Any subsequent modifications to this stipulation must be in writing, and must be signed and executed by the parties.

16. The undersigned represent that they have reviewed and understand this stipulation, that they are fully authorized to enter into the terms and conditions of this stipulation, and that they enter into the stipulation freely and voluntarily and agree to be bound thereby.

17. It is contemplated that this stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

                                                Respectfully submitted,

DATED: _____.      MORRIS S. GETZELS Law Office

                                                -See Attachment-
MORRIS S. GETZELS, ESQ.
Attorneys for Plaintiff

DATED: October 5, 2018.      NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

                                                /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America

16. The undersigned represent that they have reviewed and understand this stipulation, that they are fully authorized to enter into the terms and conditions of this stipulation, and that they enter into the stipulation freely and voluntarily and agree to be bound thereby.

17. It is contemplated that this stipulation may be executed in several counterparts, with a separate signature page for each party. All such counterparts and signature pages, together, shall be deemed to be one document.

Respectfully submitted,

DATED: October 5, 2018.  MORRIS S. GETZELS Law Office

_____
MORRIS S. GETZELS, ESQ.
Attorneys for Plaintiff

DATED: October 5, 2018.  NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ Jason K. Axe
_____
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant
United States of America